IN THE MIDDLE DISTRICT COURT

OF THE STATE OF NORTH CAROLINA

| | | |
|---|---|---|
| VALERIE ARROYO, DEREK OLIVARIA | * | Case# 21-CV-219 |
| | * | |
| *Plaintiff(s)* | * | |
| | * | MOTION FOR HEARING |
| V | * | |
| SOUTHWOOD REALTY COMPANY, et al, | * | |
| | * | FRCP RULE 78 |
| Defendant(s) | * | |
| | * | |

*****************************

**NOW COMES,** the Plaintiff(s) Valerie Arroyo and Derek Olivaria through Pro Se respectfully submit this Motion for Hearing pursuing to FRCP Rule 78, of the Federal Civil Rule and Procedures of the United States of America. In support, the Plaintiff may show this Court, the following:

I. Pursuant to the matter of law, the Plaintiff(s) has a right to be heard on this matter

WHEREFORE, the Plaintiff(s) pray this Court as follows:

1. Enter an order for hearing date and time for the Plaintiff's Motion to Proceed in Forma Pauperis filed with this Court

2. Enter an Order to Proceed in Forma Pauperis in favor of the Plaintiff's as a matter of law

1

3. Enter an order taxing all Defendant(s) for all cost and fees in this matter

4. Enter any other relief this Court may find just and proper as a matter of law

Respectfully submitted on 4th day of May 2021

Valerie Arroyo, Pro Se
P.O. Box 5579
Concord NC 28027
Phone# 704-506-1526

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff(s) Motion for Hearing served by 1st class mail upon the Attorney General Office for all defendant(s) through the United States Postal Service.

JOSH STEIN, Attorney General

North Caroling Department of Justice

114 W. Edenton Street

Raleigh NC 27603

This 4th day of May 2021

Valerie Arroyo, Pro Se
P.O. Box 5579
Concord NC 28027
Phone# 704-506-1526

2