June 10, 2021

U.S. District Court
Middle District of North Carolina
324 W. Market Street
Greensboro NC 27401

RE: Case 21-CV-219 Arroyo v. Southwood Realty Company, et al

Dear Clerk of Court:

Please file these copies of Notice of a Lawsuit and Request to Waive of a Summons served to all Defendant(s), due to no ruling on the application for informa pauperis or the motion to proceed as indigent by this Court since March 2021.

Thank you for your assistance and cooperation in this matter

Sincerely,

Valerie Arroyo, Pro Se
P.O. Box 5579
Concord NC 28027
Phone# 704-506-1526
Email;

FILED JUN 15 2021 IN THIS OFFICE Clerk U.S. District Court Greensboro NC By

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

| | |
|---|---|
| VALERIE ARROYO & DEREK OLIVARIA <br> *Plaintiff* <br> v. <br> SOUTHWOOD REALTY COMPANY, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 21-CV-219 <br> ) <br> ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: SOUTHWOOD REALTY COMPANY, DAN RATCHFORD AND HERMAN RATCHFORD
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __06/10/2021__

_____
*Signature of the attorney of unrepresented party*

VALERIE ARROYO
*Printed name*

P.O. BOZ 5579
CONCORD NC 28027
*Address*

onelovecommunitycenter@gmail.com
*E-mail address*

704-506-1526
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

| | |
|---|---|
| VALERIE ARROYO & DEREK OLIVARIA <br> *Plaintiff* <br> v. <br> SOUTHWOOD REALTY COMPANY, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 21-CV-219 <br> ) <br> ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: TRIANGLE CLOISTER OF CONCORD D/b/a/ CLOISTER OF CONCORD, INC & LUZ GORDON
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __06/10/2021__

*Signature of the attorney or unrepresented party*

VALERIE ARROYO
*Printed name*

P.O. BOZ 5579
CONCORD NC 28027
*Address*

onelovecommunitycenter@gmail.com
*E-mail address*

704-506-1526
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

| | |
|---|---|
| VALERIE ARROYO & DEREK OLIVARIA <br> *Plaintiff* <br> v. <br> SOUTHWOOD REALTY COMPANY, et al <br> *Defendant* | ) ) ) ) ) Civil Action No. 21-CV-219 |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: BROWNLEE, WHITLOW & PRAET, PLLC & PARTICK A JOHNSON
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __06/10/2021__

*Signature of the attorney or unrepresented party*

VALERIE ARROYO
*Printed name*

P.O. BOZ 5579
CONCORD NC 28027
*Address*

onelovecommunitycenter@gmail.com
*E-mail address*

704-506-1526
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

| | |
|---|---|
| VALERIE ARROYO & DEREK OLIVARIA <br> *Plaintiff* <br> v. <br> SOUTHWOOD REALTY COMPANY, et al <br> *Defendant* | ) ) ) ) ) <br> Civil Action No. 21-CV-219 |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: VANN LAW FIRM, PA & CHRISTOPHER M. VANN
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __06/10/2021__

*[signature]*
*Signature of the attorney or unrepresented party*

VALERIE ARROYO
*Printed name*

P.O. BOZ 5579
CONCORD NC 28027
*Address*

onelovecommunitycenter@gmail.com
*E-mail address*

704-506-1526
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

| | |
|---|---|
| VALERIE ARROYO & DEREK OLIVARIA <br> *Plaintiff* <br> v. <br> SOUTHWOOD REALTY COMPANY, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 21-CV-219 <br> ) <br> ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: LOEBSACK & BROWNLEE, PLLC & JARRED M. SCHMIDT
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 06/10/2021

*Signature of the attorney or unrepresented party*

VALERIE ARROYO
*Printed name*

P.O. BOZ 5579
CONCORD NC 28027
*Address*

onelovecommunitycenter@gmail.com
*E-mail address*

704-506-1526
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

VALERIE ARROYO & DEREK OLIVARIA )
*Plaintiff* )
v. ) Civil Action No. 21-CV-219
SOUTHWOOD REALTY COMPANY, et al )
*Defendant* )

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: CABARRUS COUNTY DISTRICT COURT OF ADMINISTRATION & MAGISTRATE COLLEN P. BROOME
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __06/10/2021__

_____
*Signature of the attorney or unrepresented party*

VALERIE ARROYO
*Printed name*

P.O. BOZ 5579
CONCORD NC 28027
*Address*

onelovecommunitycenter@gmail.com
*E-mail address*

704-506-1526
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

VALERIE ARROYO & DEREK OLIVARIA )
*Plaintiff* )
v. ) Civil Action No. 21-CV-219
SOUTHWOOD REALTY COMPANY, et al )
*Defendant* )

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: PATRICIA R. HOSKIN
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __06/10/2021__

__/s/ Valerie Arroyo__
*Signature of the attorney or unrepresented party*

VALERIE ARROYO
*Printed name*

P.O. BOZ 5579
CONCORD NC 28027
*Address*

onelovecommunitycenter@gmail.com
*E-mail address*

704-506-1526
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

VALERIE ARROYO & DEREK OLIVARIA )
*Plaintiff* )
v. ) Civil Action No. 21-CV-219
SOUTHWOOD REALTY COMPANY, et al )
*Defendant* )

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: ELIZABETH THOMAS

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 06/10/2021

*Signature of the attorney or unrepresented party*

VALERIE ARROYO
*Printed name*

P.O. BOZ 5579
CONCORD NC 28027
*Address*

onelovecommunitycenter@gmail.com
*E-mail address*

704-506-1526
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

VALERIE ARROYO & DEREK OLIVARIA )
*Plaintiff* )
v. ) Civil Action No. 21-CV-219
SOUTHWOOD REALTY COMPANY, et al )
*Defendant* )

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: __N. C. STATE BAR__
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __06/10/2021__

*Signature of the attorney or unrepresented party*

VALERIE ARROYO
*Printed name*

P.O. BOZ 5579
CONCORD NC 28027
*Address*

onelovecommunitycenter@gmail.com
*E-mail address*

704-506-1526
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

| | |
|---|---|
| VALERIE ARROYO & DEREK OLIVARIA )<br>*Plaintiff* )<br>v. )<br>SOUTHWOOD REALTY COMPANY, et al )<br>*Defendant* ) | Civil Action No. 21-CV-219 |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  MAGISTRATE SHAWN MORRIS
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __06/10/2021__

*Signature of the attorney or unrepresented party*

VALERIE ARROYO
*Printed name*

P.O. BOZ 5579
CONCORD NC 28027
*Address*

onelovecommunitycenter@gmail.com
*E-mail address*

704-506-1526
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

VALERIE ARROYO & DEREK OLIVARIA )
*Plaintiff* )
v. ) Civil Action No. 21-CV-219
SOUTHWOOD REALTY COMPANY, et al )
*Defendant* )

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: CITY OF CONCORD & CITY COUNCIL BOARD OF CONCORD
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __06/10/2021__

_[signature]_
*Signature of the attorney or unrepresented party*

VALERIE ARROYO
*Printed name*

P.O. BOZ 5579
CONCORD NC 28027
*Address*

onelovecommunitycenter@gmail.com
*E-mail address*

704-506-1526
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

| | |
|---|---|
| VALERIE ARROYO & DEREK OLIVARIA <br> *Plaintiff* <br> v. <br> SOUTHWOOD REALTY COMPANY, et al <br> *Defendant* | ) ) ) ) ) Civil Action No. 21-CV-219 |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:     CABARRUS COUNTY BOARD OF COMMISSONER
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:     06/10/2021

*Signature of the attorney or unrepresented party*

VALERIE ARROYO
*Printed name*

P.O. BOZ 5579
CONCORD NC 28027
*Address*

onelovecommunitycenter@gmail.com
*E-mail address*

704-506-1526
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

| | |
|---|---|
| VALERIE ARROYO & DEREK OLIVARIA <br> *Plaintiff* <br> v. <br> SOUTHWOOD REALTY COMPANY, et al <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 21-CV-219 |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: __N.C. INDUSTRIAL COMMISSONER__
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __06/10/2021__

*Signature of the attorney or unrepresented party*

__VALERIE ARROYO__
*Printed name*

__P.O. BOZ 5579__
__CONCORD NC 28027__
*Address*

__onelovecommunitycenter@gmail.com__
*E-mail address*

__704-506-1526__
*Telephone number*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

| | |
|---|---|
| VALERIE ARROYO & DEREK OLIVARIA <br> *Plaintiff* <br> v. <br> SOUTHWOOD REALTY COMPANY, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 21-CV-219 <br> ) <br> ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:     N.C. STATE ATTORNEY OFFICE & DEPARTMENT OF JUSTICE
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ___30___ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: ___06/10/2021___            _____
                                                                   *Signature of the attorney or unrepresented party*

                                                                                 VALERIE ARROYO
                                                                                        *Printed name*

                                                                                 P.O. BOZ 5579
                                                                                CONCORD NC 28027
                                                                                        *Address*

                                                             onelovecommunitycenter@gmail.com
                                                                                      *E-mail address*

                                                                                          704-506-1526
                                                                                        *Telephone number*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

| | |
|---|---|
| VALERIE ARROYO & DEREK OLIVARIA <br> *Plaintiff* <br> v. <br> SOUTHWOOD REALTY COMPANY, et al <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 21-CV-219 <br> ) <br> ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:     CABARRUS COUNTY SUPERIOR COURT OF ADMINISTRATION
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: __06/10/2021__            _____
*Signature of the attorney or unrepresented party*

VALERIE ARROYO
*Printed name*

P.O. BOZ 5579
CONCORD NC 28027
*Address*

onelovecommunitycenter@gmail.com
*E-mail address*

704-506-1526
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina ▼

VALERIE ARROYO & DEREK OLIVARIA )
*Plaintiff* )
v. ) Civil Action No. 21-CV-219
SOUTHWOOD REALTY COMPANY, et al )
*Defendant* )

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:      CONCORD & KANNAPOLIS INDEPENDENT TRIBUNE
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:    06/10/2021

*Signature of the attorney or unrepresented party*

VALERIE ARROYO
*Printed name*

P.O. BOZ 5579
CONCORD NC 28027
*Address*

onelovecommunitycenter@gmail.com
*E-mail address*

704-506-1526
*Telephone number*