IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| VALERIE ARROYO and DEREK OLIVARIA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:21-CV-219 |
| SOUTHWOOD REALTY COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the Recommendation on the plaintiffs. The plaintiffs filed objections to the Recommendation.

The plaintiffs' objections do nothing more than disagree with the Magistrate Judge's Recommendation and do not undermine the Magistrate Judge's reasoning. Upon de novo review, the Court agrees that as to the plaintiffs' federal claims they do not state a claim on which relief may be granted and seek monetary relief against defendants who are immune from such relief and as to the plaintiffs' state law claims, the Court declines to exercise supplemental jurisdiction. The Court hereby adopts the Magistrate Judge's Recommendation in full.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is filed and dismissed *sua sponte* pursuant to 28 U.S.C. § 1915(e)(2)(B) as to the plaintiffs' federal claims for failure to state a claim upon which relief may be granted. **IT IS FURTHER**

**ORDERED AND ADJUDGED** that the plaintiffs' state law claims are **DISMISSED** without prejudice of lack of subject matter jurisdiction.

This the 30th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE