IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

VALERIE ARROYO, DEREK OLIVARIA

*Plaintiff(s)*

V

SOUTHWOOD REALTY COMPANY, et al,

Defendant(s)

Case# 21CV219

***

**PLAINTIFFS' REQUEST FOR SEPARATE DOCUMENT PURSUANT TO FRCP RULE 58 (A) and Entry of Judgment Pursuant to Rule 54**

***

**NOW COMES,** the Plaintiffs' Valerie Arroyo and Derek Olivaria, respectfully submitted this request for separate document final judgment order pursuant to Rule 58 (a), and Rule 54 (b) and (c) of the Federal Civil Rules and Procedures. In support, the Plaintiffs' may show this court the following:

1. Pursuant to Rule 58 (a), of the Federal Rules of the Civil Procedures, every judgment shall be a separate document and entry of judgment enter by clerk of court without any delays. On July 30, 2021, United States District Judge Catherine Eagles enter an order dismissing all of the claims in this case matter.

2. As of August 06, 2021, there no separate document or entry of judgment pursuing to Rule 58 (a);

3. pursuing to Rule 54, (b),(c), this Court has the authority and

1

jurisdiction to provide a final judgment shall grant a relief that a Plaintiffs' is entitled even if the demand is not stated.

**WHEREFORE,** the Plaintiffs' prays this Court the followings:

I. Enter a final order in a separate document pursuing to Rule 58 (a)

II. Enter an order for the clerk to enter the final judgment pursuing to Rule 54, (b) and (c) as a matter of the law

III. Enter any other relief that this Court finds just and proper as a matter of the law

IV. Enter an order taxing all Defendant(s) all court cost and fees in this case matter

Respectfully submitted on 6th day of August 2021

Valerie Arroyo, Pro Se
P.O. Box 5579
Concord, NC 28027
Phone# 704-506-1526

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff(s) Motion for Separate Document and entry of final judgment or order served by 1st class mail upon the Attorney General Office for all defendant(s) through the United States Postal Service.

JOSH STEIN, Attorney General

North Caroling Department of Justice

114 W. Edenton Street

Raleigh NC 27603

This 06 day of August 2021

Valerie Arroyo, Pro Se
P.O. Box 5579
Concord NC 28027
Phone# 704-506-1526

3