IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

VALERIE ARROYO, DEREK OLIVARIA*

    *Plaintiff(s)*

V     Case# 21CV219

SOUTHWOOD REALTY COMPANY, et al,

    Defendant(s)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' NOTICE OF APPEAL
PURSUANT TO FRCP, RULE 3 AND 4**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOW COMES**, the Plaintiffs' Valerie Arroyo and Derek Olivaria, respectfully submitted this Notice of Appeal pursuing to Rule 3 and 4 of the Federal Civil Rules and Procedures. In support, the Plaintiffs' may show this court the following:

I. Pursuing to FRCP Rule 3, this Notice of Appeal of the sua sponte order of dismissal this matter under Rule 12 (b)(1) and (6) dated on July 30, 2021, by United State District Middle District Court of North Carolina Judge Catherine Eagles.

II. Plaintiffs' will be appealing to the United States Court of Appeals for the Federal Circuit Court

    Respectfully submitted on the 6th day of August 2021

1

_Valerie Arroyo, Pro Se_
P.O. Box 5579
Concord, NC 28027
Phone# 704-506-1526

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff(s) Notice of Appeal served by 1st class mail upon the Attorney General Office for all defendant(s) through the United States Postal Service.

JOSH STEIN, Attorney General

North Caroling Department of Justice

114 W. Edenton Street

Raleigh NC 27603

This 07th day of August 2021

_Valerie Arroyo, Pro Se_
P.O. Box 5579
Concord NC 28027
Phone# 704-506-1526

2