IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

VALERIE ARROYO and DEREK )
OLIVARIA, )
 )
        Plaintiffs, )
 )
        v. )      1:21-CV-219
 )
SOUTHWOOD REALTY )
COMPANY, et al., )
 )
        Defendants. )

## **ORDER**

The plaintiff Valerie Arroyo has filed two motions. While she purports to act on behalf of both plaintiffs, she is not an attorney and cannot speak for the other plaintiff. The Court construes the motions to be filed only on Valerie Arroyo's behalf.

Ms. Arroyo moves for relief pursuant to Federal Rule of Civil Procedure 60(b) from the order and judgment entered July 30, 2021, dismissing her case. She does not state any valid basis for relief and the motion will be denied.

She further seeks entry of a "separate document" constituting a judgment, pointing out that no judgment entitled as such has been filed. So that the record is clear, this motion will be granted.

It is **ORDERED** that the motion for relief pursuant to Fed. R. Civ. P. 60 filed by Valerie Arroyo, Doc. 12, is **DENIED**. It is **FURTHER ORDERED** that the plaintiff's request for separate document and entry of judgment pursuant to Fed. R. Civ. P. 54, Doc.

13, is **GRANTED** and judgment will be entered concomitantly herewith, consistent with the Court's July 30, 2021, Order.

This the 20th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE