IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

VALERIE ARROYO, DEREK OLIVARIA

    *Plaintiff(s)*

V

SOUTHWOOD REALTY COMPANY, et al,

    Defendant(s)

Case# 21CV219

**PLAINTIFFS' AMEND NOTICE OF APPEAL
PURSUANT TO FRCP, RULE 3 AND 4**

**NOW COMES**, the Plaintiffs' Valerie Arroyo and Derek Olivaria, respectfully submitted this Amended Notice of Appeal pursuing to Rule 3 and 4 of the Federal Civil Rules and Procedures. In support, the Plaintiffs' may show this court the following:

I. Pursuing to FRCP Rule 3, this Notice of Appeal of the sua sponte order of dismissal this matter under Rule 12 (b)(1) dated on July 30, 2021, and the order denying the Plaintiff's Motion for Relief dated August 20,2021 by United State District Middle District Court of North Carolina Judge Catherine Eagles without any decision or opinion included.

II. Plaintiffs' will be appealing to the United States Court of Appeals for the Federal Circuit located Washington D.C.

1

Respectfully submitted on the 23th day of August 2021

*[signature]*
Valerie Arroyo, Pro Se
P.O. Box 5579
Concord, NC 28027
Phone# 704-506-1526

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing Plaintiff(s) Amended Notice of Appeal served by 1st class mail upon the Attorney General Office for all defendant(s) through the United States Postal Service.

JOSH STEIN, Attorney General

North Caroling Department of Justice

114 W. Edenton Street

Raleigh NC 27603

This 23th day of August 2021

*[signature]*
Valerie Arroyo, Pro Se
P.O. Box 5579
Concord NC 28027
Phone# 704-506-1526