FILED: September 7, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1922
(1:21-cv-00219-CCE-JEP)

_____

VALERIE ARROYO; DEREK OLIVARIA

      Plaintiffs - Appellants

v.

SOUTHWOOD REALTY COMPANY, in its official capacity; DAN W. RATCHFORD, in his official and personal capacities; HERMAN RATCHFORD, JR., in his official and personal capacities; TRIANGLE CLOISTER OF CONCORD, d/b/a Cloister of Concord, Inc., in its official capacity; LUZ GORDON, in her official and personal capacities; JARED M. SCHMIDT, in his official and personal capacities; LOEBSACK & BROWNLEE, PLLC, in its official capacity; CHRISTOPHER M. VANN, in his official and personal capacities; VANN LAW FIRM, PA, in its personal and official capacities; MAGISTRATE COLLEEN P. BROOME, in her official and personal capacities; CABARRUS COUNTY DISTRICT COURT OF THE ADMINISTRATION, in its official and personal capacities; PATRICIA R. HOSKIN, in her official and personal capacities; ELIZABETH THOMAS, in her official and personal capacities; PATRICK A. JOHNSON, in his official and personal capacities; BROWNLEE, WHITLOW & PRAET, PLLC, in its official capacity; NORTH CAROLINA STATE BAR, in its official capacity; MAGISTRATE SHAWN MORRIS, in his personal and official capacities; CITY OF CONCORD, in its official capacity; CABARRUS COUNTY BOARD OF COMMISSIONERS, in its official capacity; CITY COUNCIL OF CONCORD BOARD, in its official capacity; NORTH CAROLINA INDUSTRIAL COMMISSION, in its official capacity; NORTH CAROLINA STATE ATTORNEY GENERAL'S OFFICE, in its official capacity; ATTORNEY GENERAL JOSH STEIN, in his official and personal capacities; DEPARTMENT OF JUSTICE, in its official capacity; CABARRUS COUNTY SUPERIOR COURT OF ADMINISTRATION, in its official capacity; CONCORD & KANNAPOLIS INDEPENDENT TRIBUNE, in

its official capacity

Defendants - Appellees

_____

ORDER

_____

The clerk administratively closes this appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk