FILED: May 4, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1303
(1:21-cv-00219-CCE-JEP)

_____

In re: VALERIE ARROYO; DEREK OLIVARIA

      Petitioners

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk