**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1160

VALERIE ARROYO; DEREK OLIVARIA,

        Plaintiffs - Appellants,

    v.

SOUTHWOOD REALTY COMPANY, in its official capacity; DAN W. RATCHFORD, in his official and personal capacities; HERMAN RATCHFORD, JR., in his official and personal capacities; TRIANGLE CLOISTER OF CONCORD, d/b/a Cloister of Concord, Inc., in its official capacity; LUZ GORDON, in her official and personal capacities; JARED M. SCHMIDT, in his official and personal capacities; LOEBSACK & BROWNLEE, PLLC, in its official capacity; CHRISTOPHER M. VANN, in his official and personal capacities; VANN LAW FIRM, PA, in its personal and official capacities; MAGISTRATE COLLEEN P. BROOME, in her official and personal capacities; CABARRUS COUNTY DISTRICT COURT OF THE ADMINISTRATION, in its official and personal capacities; PATRICIA R. HOSKIN, in her official and personal capacities; ELIZABETH THOMAS, in her official and personal capacities; PATRICK A. JOHNSON, in his official and personal capacities; BROWNLEE, WHITLOW & PRAET, PLLC, in its official capacity; NORTH CAROLINA STATE BAR, in its official capacity; MAGISTRATE SHAWN MORRIS, in his personal and official capacities; CITY OF CONCORD, in its official capacity; CABARRUS COUNTY BOARD OF COMMISSIONERS, in its official capacity; CITY COUNCIL OF CONCORD BOARD, in its official capacity; NORTH CAROLINA INDUSTRIAL COMMISSION, in its official capacity; NORTH CAROLINA STATE ATTORNEY GENERAL'S OFFICE, in its official capacity; ATTORNEY GENERAL JOSHUA STEIN, in his official and personal capacities; DEPARTMENT OF JUSTICE, in its official capacity; CABARRUS COUNTY SUPERIOR COURT OF ADMINISTRATION, in its official capacity; CONCORD & KANNAPOLIS INDEPENDENT TRIBUNE, in its official capacity,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine C. Eagles, District Judge. (1:21-cv-00219-CCE-JEP)

Submitted: June 23, 2022                                   Decided: June 27, 2022

Before WYNN and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Valerie Arroyo, Derek Olivaria, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Valerie Arroyo and Derek Olivaria appeal the district court's orders accepting the recommendation of the magistrate judge and dismissing Arroyo's and Olivaria's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Arroyo v. Southwood Realty Co.*, No. 1:21-cv-00219-CCE-JEP (M.D.N.C. July 30, 2021 & Aug. 20, 2021). We deny the motion to transfer. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*