FILED: July 19, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1160
(1:21-cv-00219-CCE-JEP)

_____

VALERIE ARROYO; DEREK OLIVARIA

    Plaintiffs - Appellants

v.

SOUTHWOOD REALTY COMPANY, in its official capacity; DAN W. RATCHFORD, in his official and personal capacities; HERMAN RATCHFORD, JR., in his official and personal capacities; TRIANGLE CLOISTER OF CONCORD, d/b/a Cloister of Concord, Inc., in its official capacity; LUZ GORDON, in her official and personal capacities; JARED M. SCHMIDT, in his official and personal capacities; LOEBSACK & BROWNLEE, PLLC, in its official capacity; CHRISTOPHER M. VANN, in his official and personal capacities; VANN LAW FIRM, PA, in its personal and official capacities; MAGISTRATE COLLEEN P. BROOME, in her official and personal capacities; CABARRUS COUNTY DISTRICT COURT OF THE ADMINISTRATION, in its official and personal capacities; PATRICIA R. HOSKIN, in her official and personal capacities; ELIZABETH THOMAS, in her official and personal capacities; PATRICK A. JOHNSON, in his official and personal capacities; BROWNLEE, WHITLOW & PRAET, PLLC, in its official capacity; NORTH CAROLINA STATE BAR, in its official capacity; MAGISTRATE SHAWN MORRIS, in his personal and official capacities; CITY OF CONCORD, in its official capacity; CABARRUS COUNTY BOARD OF COMMISSIONERS, in its official capacity; CITY COUNCIL OF CONCORD BOARD, in its official capacity; NORTH CAROLINA INDUSTRIAL COMMISSION, in its official capacity; NORTH CAROLINA STATE ATTORNEY GENERAL'S OFFICE, in its official capacity; ATTORNEY GENERAL JOSHUA STEIN, in his official and personal capacities; DEPARTMENT OF JUSTICE, in its official capacity;

CABARRUS COUNTY SUPERIOR COURT OF ADMINISTRATION, in its official capacity; CONCORD & KANNAPOLIS INDEPENDENT TRIBUNE, in its official capacity

    Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered June 27, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                  */s/Patricia S. Connor, Clerk*